UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DAVID YWARSKY,         )<br>                              )<br>     Plaintiff,            )<br>                              )   Case No. 2:23CV69-PPS/JPK<br>v.                            )<br>                              )<br>LOGISTICS INSIGHT CORP., ADAM )<br>FALATOVICS and FALATOVICS     )<br>CONSTRUCTION COMPANY, LLC, d/b/a )<br>FALATOVICS CONSTRUCTION LLC   )<br>                              )<br>     Defendants.          )  | |

## ORDER CONFIRMING MOTIONS FOR VOLUNTARY DISMISSAL AND THE USE OF A NEW CAPTION

THIS CAUSE coming to be heard on (a) the "Joint Stipulation As To The Voluntary Dismissal of Certain Parties" filed as Document #66 on November 20, 2023, (b) Defendant Logistics Insight Corp.'s ("LINC") motion for permission to file the plaintiff's and the WALMARTs'/Cross Claimants' motions to voluntarily dismiss on their behalf and with their permission, (c) the plaintiff YWARSKY's motion to voluntarily dismiss WalMart Transportation, LLC, WalMart Stores East, LP, and WalMart Inc. (the "WALMART Defendants"), (d) the WALMART Defendants'/Cross-Claimants'/ motion to voluntarily dismiss the Cross-Defendant LINC, and (e) the parties' request to update the caption of the case,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1.    The Joint Stipulation as to the Voluntary Dismissal of Certain Parties [DE 66] is SO ORDERED.

2.    Defendant Logistics Insight Corp.'s Motions for Filing Plaintiff's and Walmart's Motions, etc. [DE 67] is GRANTED.

1062217\315366603.v1

3. The plaintiff YWARSKY's complaint is DISMISSED WITHOUT PREJUDICE as against the three WALMART defendants.

4. The plaintiff YWARSKY's complaint is DISMISSED WITHOUT PREJUDICE as against defendant Falatovics Excavating LLC.

5. The three WALMART Defendants'/Claimants' cross-claim against cross-Defendant Logistics Insight Corp. is DISMISSED WITHOUT PREJUDICE.

6. A new caption for this case shall reflect the defendants as Logistics Insight Corp., Adam Falatovics, and Falatovics Construcion Company, LLC d/b/a Falatovics Construction LLC.

**SO ORDERED this 22nd day of November, 2023.**

　　　/s/ Philip P. Simon　　　
　　JUDGE, U.S. DISTRICT COURT